**COPPERSMITH BROCKELMAN PLC**
Jill J. Chasson (019424)
*jchasson@cblawyers.com*
Austin Yost (34602)
*ayost@cblawyers.com*
2800 N. Central Ave., Suite 1900
Phoenix, AZ 85004
Phone:  602.381.5481

**ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK**

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| USI Insurance Services, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>Alliant Insurance Services, Inc., a California corporation, William J. Havard II and Sabrina Havard, husband and wife, and Robert Engles and Hope Engles, husband and wife, Jenise Purser and Adam Purser, husband and wife, Justin Walsh and Sara Walsh, husband and wife,<br><br>     Defendants. | No. 2:23-cv-00192-PHX-SMB<br><br>**NOTICE OF STIPULATION TO AUTHENTICITY OF EXHIBITS RELATED TO SUMMARY JUDGMENT BRIEFING** |

Plaintiff USI Insurance Services, LLC ("Plaintiff") and Defendants Alliant Insurance Services, Inc., William J. Havard II, Sabrina Havard, Robert Engles, Hope Engles, Jenise Purser, Adam Purser, Justin Walsh, and Sara Walsh ("Defendants," and together with Plaintiff, the "Parties") jointly file this Notice of Stipulation to Authenticity of Exhibits related to the Parties' Summary Judgment Briefing.

The Parties filed Summary Judgment Motions on November 15, 2024. (Docs. 238, 245). The deadline to file Controverting Statements of Fact and Oppositions to Summary Judgment is February 7, 2025. The deadline to file Replies in Support of Summary Judgment Motions is February 21, 2025. In connection with the Motions and all briefing related thereto, the Parties hereby stipulate to the authenticity of all supporting exhibits that were produced by any Party, or third party subpoenaed in this case. This stipulation does not waive other evidentiary objections and does not apply to the authenticity or admissibility of any exhibits proffered at trial.

DATED: January 30, 2025.

| | |
|---|---|
| **SNELL & WILMER LLP** | **COPPERSMITH BROCKELMAN PLC** |
| By */s/ Jennifer Rachel Yee (w/permission)*<br>Delilah Cassidy<br>dcassidy@swlaw.com<br>Jennifer Rachel Yee<br>jryee@swlaw.com<br>Joshua Robert Woodard<br>Jwoodard@swlaw.com<br>1 E Washington St., Ste. 2700<br>Phoenix, AZ 85004<br>Phone: 602.382.6070 | By */s/ Jill J. Chasson*<br>Jill J. Chasson<br>Austin Yost<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br><br>By */s/ John Bramble (w/permission)*<br>Debra L. Fischer<br>debra.fischer@morganlewis.com<br>Seth M. Gerber<br>seth.gerber@morganlewis.com<br>Adam F. Wagmeister<br>adam.wagmeister@morganlewis.com<br>*Admitted Pro Hac Vice*<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Phone: 310.907.1000 |
| **CARDEN LIVESAY LIMITED**<br><br>By */s/ Joshua William Carden (w/permission)*<br>Joshua William Carden<br>joshua@cardenlivesay.com<br>419 E. Juanita Ave., Ste. 103<br>Mesa, AZ 85204<br>Phone: 480-345-9500<br><br>*Attorneys for Plaintiff* | |

2

4902-5603-2532

Timothy J. Stephens
timothy.stephens@morganlewis.com
*Admitted Pro Hac Vice*
101 Park Ave.
New York, NY 10178-0060
Phone:  212.309.6805

John P. Bramble
john.bramble@morganlewis.com
*Admitted Pro Hac Vice*
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Phone:  713-890-5785

*Attorneys for Defendants*

4902-5603-2532